IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELISSA M. BARGE,

    Plaintiff,

v.                                                      Case No. 3:20cv4945-RV-HTC

FED. NAT'L MORTG. CORP.
and CHOICE LEGAL GRP, P.A.,

    Defendants.

_____/

# **O R D E R**

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 5). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1.     The Magistrate Judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with orders of the Court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of July, 2020.

s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**